ADW
F. #2022R00506

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 06 2024 ★

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LONG ISLAND OFFICE

------------------------------X

UNITED STATES OF AMERICA

- against -

DEAN ROBB,

Defendant.

------------------------------X

NOTICE OF MOTION

Criminal Docket No. ____-____(__)

CR-24 57

CHOUDHURY, J.

LOCKE, M. J.

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant DEAN ROBB's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: Brooklyn, New York
February 5, 2024

                BREON PEACE
                United States Attorney
                Eastern District of New York
                Attorney for Plaintiff
                271 Cadman Plaza
                Brooklyn, New York 11201

By: /s/ Andrew Wang
     Andrew D. Wang
     Assistant United States Attorney
     (718) 254-6311

Cc: Clerk of the Court
     Royce Russell, Esq.